JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-170RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| CHRISTOPHER DAVID JOHNSTON, | |
| Defendant. | |

THE COURT has considered Defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) The additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(c) The case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

ORDER TO CONTINUE TRIAL DATE &
 PTMs  DUE DATE
(Christopher Johnston; CR16-170RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

IT IS THEREFORE ORDERED that the Defendant's unopposed motion to continue the trial date (Dkt. #17) is GRANTED. The trial date in this matter shall be continued from August 15, 2016, to November 14, 2016.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than October 6, 2016.

IT IS FUTHER ORDERED that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 11th day of July, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL DATE &
PTMs  DUE DATE
(Christopher Johnston; CR16-170RAJ)    - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**