Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTOPHER JOHNSTON,<br>Defendant. | No. 2:16-cr-00170-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT |

THE COURT has considered Defendant Christopher Johnston's Motion to Seal Exhibit 1 to his disposition memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Seal (Dkt. 92) is GRANTED. Exhibit 1 to Defendant's disposition memorandum shall remain under seal.

DATED this 16th day of October, 2026.

The Honorable Richard A. Jones
United States District Judge



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**